THE HONORABLE J. KELLY ARNOLD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| RICHARD A. HIBDON,<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al., | NO. C05-5578JKA<br><br>STIPULATION FOR AND ORDER OF DISMISSAL WITHOUT PREJUDICE TO CLAIMS AGAINST ALL DEFENDANTS |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that the above-entitled matter may be dismissed in its entirety without prejudice and without costs.

Dated this _____ day of March, 2006.

| | |
|---|---|
| GORDON THOMAS HONEYWELL MALANCA PETERSON & DAHEIM | ATTORNEY GENERAL OF WASHINGTON |
| By_____<br>Thomas B. Vertetis, WSBA No. 29805<br>Jason P. Amala, WSBA No. 34208<br>Attorneys for Plaintiff | By_____<br>Allison Stanhope, WSBA No. 30486<br>Attorneys for State, Clint May, Anita Travis and Harold Clark |

STIP. AND ORDER OF DIS. WITHOUT PREJ. - 1 of 3
(C05-5578 JKA)
[Hibdon -- Stipulated Order for Voluntary Dismissal without Prejudice.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

PAINE HAMBLEN COFFIN BROOKE & MILLER, LLP

By_____
   Gerald Kobluk, WSBA No. 22994
   Attorneys for Defendant Judith Miller

## ORDER

THIS MATTER having come before the Court based on the stipulation set forth above, the Court having reviewed the records and files herein, and being further advised in the premises, it is hereby

ORDERED that this action is dismissed without prejudice and without costs.

DONE IN OPEN COURT this 1st day of March, 2006.

                                 */s/ J. Kelley Arnold*_____
                                 JUDGE J. KELLEY ARNOLD

| Presented by: | Approved as to Entry: |
|---|---|
| GORDON THOMAS HONEYWELL MALANCA PETERSON & DAHEIM | ATTORNEY GENERAL OF WASHINGTON |
| By_____<br>   Thomas B. Vertetis, WSBA No. 29805<br>   Jason P. Amala, WSBA No. 34208<br>   Attorneys for Plaintiff | By_____<br>   Allison Stanhope, WSBA No. 30486<br>   Attorneys for State, Clint May, Anita Travis and Harrold Clark |

STIP. AND ORDER OF DIS. WITHOUT PREJ. - 2 of 3
(C05-5578 JKA)
[Hibdon -- Stipulated Order for Voluntary Dismissal without Prejudice.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

PAINE HAMBLEN COFFIN BROOKE & MILLER, LLP

By_____
   Gerald Kobluk, WSBA No. 22994
   Attorneys for Defendant Judith Miller

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Rob McKenna at robm@atg.wa.gov; Allison M. Stanhope at allisonc@atg.wa.gov, and Gerald Kobluk at Gerald.kobluk@painehamblen.com.

        s/ Thomas B. Vertetis
        WSBA No. 29805
        s/ Jason P. Amala
        WSBA No. 37054
        Attorneys for Plaintiffs
        Gordon, Thomas, Honeywell, Malanca,
        Peterson & Daheim LLP
        1201 Pacific Avenue, Suite 2100
        Tacoma WA 98402
        Telephone: (253) 620-6500
        Fax: (253) 620-6565
        E-mail: tvertestis@gth-law.com
        jamala@gth-law.com

STIP. AND ORDER OF DIS. WITHOUT PREJ. - 3 of 3
(C05-5578 JKA)
[Hibdon -- Stipulated Order for Voluntary Dismissal without Prejudice.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565