THE HONORABLE J. KELLY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD A. HIBDON,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al., | NO. C05-5578JKA<br><br>STIPULATION FOR AND ORDER OF DISMISSAL WITHOUT PREJUDICE TO CLAIMS AGAINST ALL DEFENDANTS |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that the above-entitled matter may be dismissed in its entirety without prejudice and without costs.

Dated this _____ day of March, 2006.

GORDON THOMAS HONEYWELL MALANCA PETERSON & DAHEIM

By_____
Thomas B. Vertetis, WSBA No. 29805
Jason P. Amala, WSBA No. 34208
Attorneys for Plaintiff

ATTORNEY GENERAL OF WASHINGTON

By_____
Allison Stanhope, WSBA No. 30486
Attorneys for State, Clint May, Anita Travis and Harold Clark

STIP. AND ORDER OF DIS. WITHOUT PREJ. - 1 of 3
(C05-5578 JKA)
[Hibdon -- Stipulated Order for Voluntary Dismissal without Prejudice.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

PAINE HAMBLEN COFFIN BROOKE & MILLER, LLP

By_____
   Gerald Kobluk, WSBA No. 22994
   Attorneys for Defendant Judith Miller

### ORDER

THIS MATTER having come before the Court based on the stipulation set forth above, the Court having reviewed the records and files herein, and being further advised in the premises, it is hereby

ORDERED that this action is dismissed without prejudice and without costs.

DONE IN OPEN COURT this 1st day of March, 2006.

                                    */s/ J. Kelley Arnold*_____
                                    JUDGE J. KELLEY ARNOLD

Presented by:                                 Approved as to Entry:

GORDON THOMAS HONEYWELL        ATTORNEY GENERAL OF
MALANCA PETERSON & DAHEIM         WASHINGTON

By_____    By_____
   Thomas B. Vertetis, WSBA No. 29805      Allison Stanhope, WSBA No. 30486
   Jason P. Amala, WSBA No. 34208          Attorneys for State, Clint May, Anita
   Attorneys for Plaintiff                          Travis and Harrold Clark

STIP. AND ORDER OF DIS. WITHOUT PREJ. - 2 of 3
(C05-5578 JKA)
[Hibdon -- Stipulated Order for Voluntary Dismissal without Prejudice.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

PAINE HAMBLEN COFFIN BROOKE & MILLER, LLP

By_____
   Gerald Kobluk, WSBA No. 22994
   Attorneys for Defendant Judith Miller

### CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Rob McKenna at robm@atg.wa.gov; Allison M. Stanhope at allisonc@atg.wa.gov, and Gerald Kobluk at Gerald.kobluk@painehamblen.com.

                                   s/ Thomas B. Vertetis
                                   WSBA No. 29805
                                   s/ Jason P. Amala
                                   WSBA No. 37054
                                   Attorneys for Plaintiffs
                                   Gordon, Thomas, Honeywell, Malanca,
                                   Peterson & Daheim LLP
                                   1201 Pacific Avenue, Suite 2100
                                   Tacoma WA  98402
                                   Telephone: (253) 620-6500
                                   Fax: (253) 620-6565
                                   E-mail:   tvertestis@gth-law.com
                                   jamala@gth-law.com

STIP. AND ORDER OF DIS. WITHOUT PREJ. - 3 of 3
(C05-5578 JKA)
[Hibdon -- Stipulated Order for Voluntary Dismissal without Prejudice.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500  -  FACSIMILE (253) 620-6565