## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

RICHARD A. HIBDON,

               Plaintiff,

     v.

HAROLD CLARK, *et al.*,

               Defendants.

Case No.  C05-5578FDB

ORDER GRANTING
STIPULATED DISMISSAL

      This matter comes before the court on plaintiff's "Stipulation for and Order of Dismissal without Prejudice to Claims Against All Defendants," which is approved by defendants' attorneys (Doc. 22).  The court, having reviewed the motion and the balance of the record, finds and orders as follows.

      1.  The parties have evidently settled this matter and request dismissal pursuant to FRCP 41(a)(1)(ii).

      2.  Plaintiff's claims and causes of action in the above captioned matter are dismissed based on the stipulated motion to dismiss this action without prejudice and without costs.

      DATED this 6th day of March, 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Recommended for Entry this
1st day of March, 2006.

*/s/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER
Page - 1